COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

§

IN THE INTEREST OF D.E.V.,          §
A CHILD.

§

§

§

No. 08-10-00205-CV

Appeal from

150th District Court

of Bexar County, Texas

(TC # 2008-CI-20544)

**MEMORANDUM OPINION**

This appeal is before the Court on its own motion, for determination whether it should be dismissed for want of prosecution. Finding that Appellant failed to pay the case filing fee, we dismiss the appeal for want of prosecution.

Appellant filed his notice of appeal on June 23, 2010. He did not pay the filing fee as required by TEX.R.APP.P. 5, nor did he establish his indigence in accordance with TEX.R.APP.P. 20.1. On July 19, 2010, the Clerk of the Court notified Appellant he had not paid the filing fee and advised that failure to pay the filing fee within twenty days would result in dismissal of the appeal pursuant to TEX.R.APP.P. 42.3(b) and (c). Appellant has not paid the filing fee or otherwise responded to the Clerk's inquiry. We therefore dismiss the appeal.

September 29, 2010

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.